IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>REFLECTIONS AT COPPER RIDGE, LLC; OAKLAND AND COMPANY and GARY OAKLAND (individually),<br><br>Defendants. | CV 22-29-BLG-SPW-KLD<br><br>ORDER |

Upon the Plaintiff, Mid-Continent Casualty Company's Notice of Dismissal Pursuant to Rule 41(a) (Doc. 10), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** to the rights of all parties, with each party to bear its own costs and attorney's fees.

DATED this 12th day of July, 2022.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1